# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2057

Destiny Reddick, EdD

Appellant

v.

Maryville University and Mascheal Schappe, EdD

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-00099-MAL)

---

## ORDER

The appellant has failed to pay to the Clerk of the United States District Court the requisite docketing fees or to file a motion for leave to proceed in forma pauperis, as directed by the May 28, 2026 order. Accordingly, appellant is directed to show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute.  See Eighth Circuit Rule 3C.

June 30, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Susan E. Bindler